FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2005 JUN 16 P 3:37
SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-875-C-M3 |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE DALBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF COMPLIANCE WITH REMOVAL ORDER

NOW INTO COURT, through undersigned counsel, come THE STATE OF LOUISIANA, through THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, the party who removed this action to the United States District Court, Middle District of Louisiana and who, in compliance with this Honorable Court's Standing Order regarding removal, avers as follows:

A. The attorneys involved in this lawsuit and the parties they represent are:

   (1) Jill Craft, 8702 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809; Telephone: (225) 928-5353; Attorney for Plaintiff.

   (2) David A. Young, Louisiana Attorney General's Office, 1885 N. 3rd Street, Baton Rouge, Louisiana 70802; Telephone: (225) 326-6300; Facsimile: (225) 326-6495.

   (4) Leslie Levet, Louisiana Attorney General's Office, 1885 N. 3rd Street, Baton Rouge, Louisiana 70802; Telephone: (225) 326-6300; Facsimile: (225) 326-6495.

B. Attached hereto please find a certified copy of all records, proceedings, and documents filed in the 19th Judicial District Court, East Baton Rouge Parish, Louisiana, in the proceeding entitled <u>Laura Zuelke v. State of Louisiana, through the</u>

Department of Public Safety and Corrections, Docket No. 532,258, Section 27, 19th Judicial District Court in and for the Parish of East Baton Rouge, Louisiana. Please refer to the following as a list of all the documents included in the State Court record:

(1) Petition – including Citation issued to State of Louisiana, through the Department of Public Safety and Corrections.

(2) Notice of Filing of Removal – including stamped copies of the Notice of Removal.

C. This is to certify that David A. Young, attorney of record for Defendant, the party who removed this civil action, contacted the 19th Judicial District Court in and for East Baton Rouge Parish, Louisiana, and requested certified copies of all pleadings, correspondence, etc. in the civil suit entitled Laura Zuelke v. State of Louisiana, through the Department of Public Safety and Corrections, Docket No. Docket No. 532,258, Section 27, 19th Judicial District Court in and for the Parish of East Baton Rouge, Louisiana; be delivered to him by the Deputy Clerk of Court for the 19th Judicial District Court. I hereby certify that the entire record as provided to me by said Clerk of Court for the 19th Judicial District Court in and for East Baton Rouge Parish, Louisiana, is attached hereto to be filed with this Honorable Court.

D. There are no motions or exceptions presently pending in this case.

Baton Rouge, this 16th day of June, 2005.

_____
David A. Young

WHEREFORE, premises considered, Defendant prays this **CERTIFICATE OF COMPLIANCE WITH REMOVAL ORDER** be accepted as good and sufficient in response to the Court's Standing Order regarding removal and that it be filed into the record in this matter.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

_____
David A. Young (25940)
Leslie Levet (21611)
Assistant Attorneys General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **CERTIFICATE** has this date been mailed to all parties to this litigation by placing same in the United States Mail, First Class, properly addressed and postage prepaid on this 16th day of June, 2005.

_____
David A. Young

| | |
|---|---|
| LAURA ZUELKE | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO. 532,258, Sec. 27 |
| STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

*********************************************************************

### NOTICE OF FILING OF REMOVAL

TO: Jill Kraft
8702 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Please take notice that Defendant has filed a **NOTICE OF REMOVAL** of this action with the United States District Court for the Middle District of Louisiana.

A copy of the **NOTICE OF REMOVAL** filed in the Office of the Clerk of Court of the United States District Court for the Middle District, date stamped June 16, 2005, is attached. A copy of this **NOTICE OF REMOVAL** is also being filed with the Clerk of Court, Nineteenth Judicial District Court, State of Louisiana.

The removal of this action is authorized by 28 U.S.C. § 1446, and the filing of a copy of the **NOTICE OF REMOVAL** with the Clerk of Court, Nineteenth Judicial District Court, State of Louisiana precludes the Nineteenth Judicial District Court, State of Louisiana from any further proceedings in the action unless and until the action or any portion thereof is remanded from the United States District Court for the Middle District of Louisiana. District Court for the Middle District of Louisiana. **Notice** was served via U.S. Mail this 16 day of June, 2005.

Respectfully submitted,

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

_____
David A. Young (25940)
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **NOTICE OF FILING OF REMOVAL** has this date been mailed to all parties to this litigation by placing same in the United States Mail, First Class, properly addressed and postage prepaid on this 16th day of June, 2005.

David A. Young

COPY
ORIGINAL FILED
USDC MD/LA

2005 JUN 16 P 2:12

SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAURA ZUELKE** | DOCKET NO.: _____ |
| **VERSUS** | JUDGE _____ |
| **THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | MAGISTRATE _____ CV 05-875-C-M3 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

THE STATE OF LOUISIANA, through THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, named as the Defendant in the state suit brought by Laura Zuelke, files this **NOTICE OF REMOVAL** on the following grounds, to-wit:

1.

This case was originally commenced in the Nineteenth Judicial District Court in and for East Baton Rouge Parish, Louisiana, all within the geographic confines of the United States District Court for Middle District of Louisiana, on May 11, 2005, by Plaintiff against the State of Louisiana, through the Department of Public Safety and Corrections. Said case is now pending under the caption <u>Laura Zuelke v. State of Louisiana, through the Department of Public Safety and Corrections</u>, Docket No. 532,258, Section 27, 19th J.D.C., East Baton Rouge Parish, Louisiana.

2.

While Plaintiff apparently filed her <u>Petition</u> on May 11, 2005, service was not perfected under LA. REV. STAT. ANN. § 39:1538 until May 17, 2005.

3.

Defendant desires to exercise its rights under 28 U.S.C. § 1441, *et seq.*, to remove this action from the 19th Judicial District Court in and for East Baton Rouge Parish, Louisiana, to the United States District Court for the Middle District of Louisiana.

4.

In her <u>Petition for Damages</u>, Plaintiff alleged Defendant violated her rights under Title VII of the Civil Rights Act of 1964.

5.

This is a civil action over which the District Courts of the United States have original jurisdiction in that it allegedly arose under the laws of the United States. This Honorable Court has original jurisdiction under 28 U.S.C. § 1331 (federal question).

6.

A sovereign, such as the State of Louisiana, is prohibited from asserting the immunity afforded by the Eleventh Amendment to the United States Constitution as a defense to suits brought under Title VII of the Civil Rights Act of 1964 thus paving the way for subject matter jurisdiction over this dispute to vest with this Court.[1]

7.

Plaintiff also alleges a cause of action arising under state law (LA. REV. STAT. § 23:310, *et seq.*) emanating from the same core facts as those for the federal claim under federal law, over which cause of action this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

---

[1] <u>Nevada Department of Human Resources, et al.</u> v. <u>Hibbs, et al.</u>, 538 U.S. 721, 729-30, 745, 123 S.Ct. 1972, 1978, 155 L.Ed.2d 953 (2003).

8.

28 U.S.C. § 1441, *et seq.*, provides Defendant with the right to remove the aforementioned cause of action from the 19th Judicial District Court in and for East Baton Rouge Parish, Louisiana, to the United States District Court for the Middle District of Louisiana, which embraces the venue where the action is pending.

9.

The only named Defendant is the State of Louisiana, through the Department of Public Safety and Corrections. For purposes of 28 U.S.C. § 1441, the Defendant received a copy of the Petition for Damages when it was served on May 17, 2005. Plaintiff was also required to serve the (Louisiana) Office of Risk Management and the (Louisiana) Attorney General pursuant to LA. REV. STAT. ANN. § 39:1538. This has not been accomplished but for purposes of convenience and judicial economy, that service is hereby waived.

10.

In accordance with 28 U.S.C. § 1446(b)'s requirements, this **NOTICE OF REMOVAL** is timely filed by Defendant as it is filed within thirty (30) days after service of the Petition for Damages was perfected under the governing statutory authority.

11.

The only Defendant who has been named and served with the Petition for Damages is the mover in this Notice of Removal pursuant to 28 U.S.C. § 1446(b).

3

12.

Pursuant to the provisions of 28 U.S.C. § 1446(b), Defendant attaches hereto and incorporates herein by reference an *in globo*, certified copy of all processes, pleadings, and orders served upon them in this action.

13.

Defendant desires and is entitled to have this cause of action removed from the 19th Judicial District Court in and for East Baton Rouge Parish, Louisiana, to the United States District Court for the Middle District of Louisiana. Written notice of the filing of this **NOTICE OF REMOVAL** will be given to the adverse party as required by law and a true copy of this **NOTICE OF REMOVAL** will be filed with the Clerk of Court for the 19th Judicial District Court in and for East Baton Rouge, Louisiana.

14.

Defendant reserves herein all rights to object to the jurisdiction of the State Court proceeding should this Court ultimately hold that this action was not removable or improperly removed thereto.

WHEREFORE, Defendant prays that this **NOTICE OF REMOVAL** be accepted as good and sufficient, and that the aforesaid civil action be removed from the Nineteenth Judicial District Court in and for East Baton Rouge Parish, Louisiana, into this Honorable Court for trial and adjudication as provided by law, particularly 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and thereupon to proceed with said civil action as though originally commenced in this court including but not limited to Orders, Decrees, and Judgments as may be necessary or appropriate in such cases made and provided.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

_____
David A. Young (25940)
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **NOTICE OF REMOVAL** has this date been mailed to all parties to this litigation by placing same in the United States Mail, First Class, properly addressed and postage prepaid on this 16th day of June, 2005.

_____
David A. Young

50516118B000
COST OK Amt. 295.00
MAY 10 2005
BY mp
DY CLERK OF COURT
SEC. 27 r/wlsuit
# ~~~~~~
154572

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER 532258  DIVISION " "

LAURA ZUELKE

VERSUS

STATE OF LOUISIANA, THROUGH DEPARTMENT
OF PUBLIC SAFETY AND CORRECTIONS

*********************************************************

## PETITION

The Petition of Laura Zuelke, a resident of the full age of majority of East Baton Rouge Parish, Louisiana, respectfully represents:

1.

Made defendant herein is the State of Louisiana, through the Department of Public Safety and Corrections (hereinafter "DPS"), which is justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, attorney's fees, all costs of these proceedings, interest thereon from the date of judicial demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

2.

In 1995, Petitioner was employed by defendant DPS in the Data Center.

3.

At all times pertinent hereto, Petitioner was an employee of defendant within the meaning and intent of Louisiana and Federal law. At all times pertinent hereto, defendant was Petitioner's employer within the meaning and intent of Louisiana and Federal law and employed greater than 1000 persons.

4.

At all times pertinent hereto, Jaya Selveratnam, was the Deputy Director of the Data Center, was an agent and employee of defendant DPS and was Petitioner's supervisor with immediate and successively higher authority over Petitioner's employment.

5.

Beginning in 1998 and continuing thereafter through the present, Petitioner was subjected to

REC'D C.P.
MAY 12 2005

unwelcome, offensive sexual harassment, consisting of, but not limited to, the following:

1. Constant propositions by Selveratnam for sex, which Petitioner refused;

2. Constant comments by Selveratnam directed to Petitioner that he wanted to engage in sex and various sexual acts with Petitioner, that if Petitioner refused, he had the ability to either "reward" Petitioner or "punish" Petitioner at his whim;

3. Constant and frequent comments by Selveratnam of a clearly sexual nature, including that women could use a dumbwaiter at the Governor's mansion to sneak in and out of the house for women, including her, to engage in sexual relations;

4. Referring to Petitioner as "Laura Lewinski";

5. Selveratnam showing up at Petitioner's residence;

6. Selveratnam advising Petitioner that there were a number of women who wanted him and who were also employed by defendant and that she would "be sorry" that she missed the "opportunity" to be with him sexually;

7. When Petitioner continued to rebuff Selveratnam's sexual advances, on one occasion, he called her in his office to advise Petitioner that she would "be sorry" and pointed to an ashtray on his desk which contained a partially burned employment photograph of Petitioner;

8. Creation of a sexually hostile working environment; and,

9. Such other acts as will be more fully shown at trial of this matter.

6.

Petitioner continued to refuse Selveratnam's sexual advances and reported his sexual harassment to her supervisors and to Human Resources. However, before Petitioner reported to Human Resources, Selveratnam told her he "is able to find out everything" that is said in Human Resources and that it would do her no good. Also in 2003, another female employee of DPS filed a complaint against Selveratnam with Human Resources and she left employment. Yet another female employee reported sexual harassment by Selveratnam and was transferred to another section.

7.

Following Petitioner's repeated complaints of sexual harassment and reports, she was denied promotion by defendant, was removed from projects, was assigned field work, including being required to travel alone with a male inmate - an undesirable reassignment, was deliberately given undesirable reassignments to projects and tasks. All such behavior constituting the taking of tangible



and/or adverse employment action against Petitioner.

8.

At no time did defendant have, in full force and effect, an effective policy regarding sexual harassment and retaliation in the work place. Defendant failed to take any action to remedy the situation in Petitioner's work environment. Although defendant, following Petitioner's complaint to the DPS Superintendent, temporarily removed Selveratnam from Petitioner's direct line of supervision, following Petitioner's filing of a written complaint of sexual harassment and retaliation with defendant, as well as her Charges of Discrimination with the EEOC and LCHR, Petitioner has been threatened that Selveratnam will be restored to Petitioner's line of supervision and, further, defendant made known to Petitioner that this was occurring because she pursued her complaints and, further, that she would never be promoted at DPS because she complained and filed her Charges of Discrimination. Said actions constitute sexual harassment, retaliation, and reprisal.

9.

As a result of the situation sued upon herein, Petitioner sustained damages which include, but are not limited to, severe mental anguish and emotional distress, past and future medical expenses, lost wages, lost earning capacity, lost promotional opportunities, humiliation and embarrassment, and all such other damages as will be more fully shown at trial of this matter and all for which Petitioner sues for herein.

10.

Petitioner timely filed Charges of Discrimination with the EEOC and LCHR on May 25, 2004, and received the attached Notice of Right to Sue dated April 20, 2005. In addition, Petitioner sent written demands to defendant, the first of which sent on May 25, 2004, pursuant to La. R.S. 23:303B. All conditions precedent to suit herein under Title VII and Louisiana' anti discrimination laws, La. R.S. 23:301, *et seq.*, have been met and/or complied with.

11.

The actions taken by defendant also constitute illegal reprisal within the meaning and intent of La. R.S. 23:967, for which Petitioner additionally sues herein.

12.

Petitioner is entitled to and desires an award of attorney's fees and all litigation expenses pursuant to Federal and Louisiana law.

13.

Petitioner is additionally entitled to and desires an award of all such other relief to which she is entitled at law or in equity, including injunctive relief.

14.

Petitioner is entitled to and desires trial by jury of this matter.

WHEREFORE, Petitioner, Laura Zuelke, prays for trial by jury and after due proceedings are had that there be judgment herein in her favor and against defendant, State of Louisiana, through Department of Public Safety and Corrections, for all sums as are reasonable under the premises, attorney's fees, all costs of these proceedings, interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

Respectfully submitted,

By: _____
Jill L. Craft, #20922
Attorney at Law, LLC
8702 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
(225) 928-5353

PLEASE SERVE:
State of Louisiana, through Department
of Public Safety and Corrections,
through Superintendent,
Colonel Henry Whitehorn
Independence Boulevard
Baton Rouge, Louisiana

CERTIFIED TRUE COPY
002957
DEPUTY CLERK OF COURT

CIVIL

☒ 01-DAMAGES
☐ 02-CONTRACT
☐ 03-PRISONER SUIT
☐ 04-EXECUTORY PROCESS
☐ 05-SUIT ON NOTES
☐ 06-EVICTION
☐ 07-WORKMENS COMPENSATION
☐ 08-JUDICIAL REVIEW
☐ 09-PROPERTY RIGHTS
☐ 10-INJUNCTION MANDAMUS
☐ 11-COMM. PROP PARTITIONS
☐ 12-PUBLIC SERV. COMM.
☐ 13-OTHER PARTITIONS
☐ 14-OTHER
☐ 15-D.C.O.
☐ 16-
☐ 17-
☐ 18-
☐ 19-
☐ 20-

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA.
FILED
2005 MAY 11 PM 3:59
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED
TRUE COPY
JUN 13 2005
BY _____
DEPUTY CLERK

# 19TH JUDICIAL DISTRICT COURT
## PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

NUMBER _____ DIVISION "___"

### LAURA ZUELKE

### VERSUS

### STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

*********************************************************

### VERIFICATION

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, Notary Public, personally came and appeared:

Laura Zuelke

a resident of the full age of majority of East Baton Rouge Parish, Louisiana, who upon being duly sworn did depose and state that she is the Petitioner in the above and foregoing Petition, that she has read same and all facts and allegations contained therein are true and correct.

_____

SWORN TO AND SUBSCRIBED before me, Notary Public, this 11th day of May, 2005.

_____
Angela L. Easley
#65506

CERTIFIED TRUE COPY
002958
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA.
FILED
2005 MAY 11 PM 3:59
BY: _____
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED
TRUE COPY
JUN 1 3 2005
BY _____
DEPUTY CLERK

# NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Laura Zuelke<br>275 E. River Oaks<br>Baton Rouge, LA 70815 | From: | EEOC<br>701 Loyola Avenue, Suite 600<br>New Orleans, LA 70113-9936 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 270-2004-01858 | Uma Kandan, Supervisory Investigator | (504) 589-2041 |

**NOTICE TO THE PERSON AGGRIEVED:**   *(See also the additional information attached to this form.)*

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your suit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ X ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Keith T. Hill, Acting Director

4/20/05
*(Date Mailed)*

Enclosure(s)
Information Sheet
Copy of Charge

cc: Louisiana Department of Public Safety
 Jill L. Craft, Charging Party's Attorney

EEOC Form 161-B (10/96)

Form C 1002 (Mail Service)

LAURA ZUELKE
    vs             Plaintiff
STATE OF LOUISIANA, THROUGH DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS
                      Defendant

No: C 532258 Div: 27
19th JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

TO: State of Louisiana, through Department of
Public Safety and Corrections through Superintendent,
Colonel Henry Whitehorn
Independence Blvd.
Baton Rouge, La.

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney JILL L CRAFT for litigant LAURA ZUELKE.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the 13th day of May, 2005.

                By _____
                    Deputy Clerk of Court for
                    Doug Welborn, Clerk of Court

* Also attached are the following documents:

### SERVICE INFORMATION

Received on the ____ day of _____ 20__ and on the ____ day of _____, 20__, served the above named party as follows:

PERSONAL SERVICE: on the party herein named
at _____

DOMICILIARY SERVICE: on the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile
at _____

SECRETARY OF STATE: by tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20__.

SERVICE: $_____
MILEAGE: $_____
TOTAL:     $_____

                    _____
                    Deputy Sheriff
             Parish of East Baton Rouge, Louisiana

CITATION 505190994000

Form C 1002 (Mail Service)

LAURA ZUELKE
                           Plaintiff
vs
STATE OF LOUISIANA, THROUGH DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS
                           Defendant

No: C 532258 Div: 27
19th JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

**FILED**

MAY 18 2005

DEPUTY CLERK OF COURT

TO: State of Louisiana, through Department of
Public Safety and Corrections through Superintendent
Colonel Henry Whitehorn
Independence Blvd.
Baton Rouge, La.

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney **JILL L CRAFT** for litigant **LAURA ZUELKE**.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the **13th** day of **May, 2005**.

By _____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

* Also attached are the following documents:

SERVICE INFORMATION

Received on the __17__ day of __5__, 20__05__ and on the __17__ day of __5__, 20__05__, served the above named party as follows:

(PERSONAL) SERVICE: on the party herein named at _____

DOMICILIARY SERVICE: on the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile at _____

SECRETARY OF STATE: by tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this ____day of _____, 20____.

SERVICE:  $_____
MILEAGE:  $_____
TOTAL:    $_____

Deputy Sheriff
Parish of East Baton Rouge, Louisiana

Case 3:05-cv-00875-RET-SCR   Document 2   06/16/2005   Page 18 of 18