UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-0875-C-M3 |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE RIEDLINGER |

**************************************************************************

### MOTION TO DISMISS, FOR MORE DEFINITIVE STATEMENT, OR, ALTERNATIVELY, TO STRIKE

NOW INTO COURT, through undersigned counsel, comes **THE STATE OF LOUISIANA, THROUGH THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**, which moves under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for dismissal of those portions of Plaintiff's claims identified in the contemporaneously-filed Memorandum, under Rule 12(e) for a more definite statement, or, alternatively, under Rule 12(f) to strike. In support of the instant Motion, Defendant attaches an Affidavit from Tina Boudreaux, Human Resource Director for the Louisiana Department of Public Safety and Corrections, Department of Public Safety, and a copy of Chapters 12 and 13 of the Rules of the Louisiana State Civil Service Commission.

Defendants now reserve any and all rights to subsequently file additional responsive pleadings to Plaintiff's Petition/Complaint as they may become necessary, including but not limited to an Answer. The relief sought in this Motion is more specifically set forth in the contemporaneously-filed Memorandum.

WHEREFORE, premises being considered, the State of Louisiana, through the Department of Public Safety and Corrections, prays the instant Motion be granted and the appropriate relief be accorded.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

_____
David A. Young (25940)
Leslie Levet (21611)
Assistant Attorneys General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing has been served upon counsel for all represented parties to this proceeding by mailing the same to each by first class United States mail, properly addressed, and postage prepaid on this 23rd day of June, 2005.

_____
David A. Young