FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 AUG 11 P 3: 28

SIGN _____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAURA ZUELKE

VERSUS

STATE OF LOUISIANA, ETC.

CIVIL ACTION

NO. 05-875-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 25, 2005, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss, for more definitive statement, or alternatively, to strike filed by defendant State of Louisiana, through the Louisiana Department of Public Safety and Corrections is denied..

Baton Rouge, Louisiana, August  //  , 2005.

RALPH E. TYSON
UNITED STATES DISTRICT JUDGE