# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-875-RET-SCR |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE RIEDLINGER |

***********************************************************************

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, come Plaintiff, Laura Zuelke, and Defendant, The State of Louisiana, through the Louisiana Department of Public Safety and Corrections, who respectfully represent that they have amicably settled and fully resolved all issued between them in the above-captioned matter. To this end, they would now like for this matter to be dismissed with prejudice with Defendant to bear any outstanding costs.

WHEREFORE, premises considered, movers pray that this Honorable Court dismiss the above-captioned matter with prejudice.

Respectfully Submitted:

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

/s David A. Young
David A. Young (25940)
Assistant Attorney General
Louisiana Department of Justice
1885 N. 3rd Street, 4th Floor
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

**DEFENDANT'S COUNSEL**

**JILL L. CRAFT
ATTORNEY AT LAW, LLC**

  /s Jill L. Craft
Jill L. Craft (20922)
8702 Jefferson Highway, Suite B
Baton Rouge, LA  70809
Telephone: (225) 928-5353
Facsimile: (225) 924-7480

**PLAINTIFF'S COUNSEL**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-875-RET-SCR |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Considering the above and foregoing Joint Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter shall be dismissed with prejudice with Defendants to bear any outstanding costs.

THUS DONE AND SIGNED this _____ day of _____, 2006, at Baton Rouge, Louisiana.

_____
Chief Judge Ralph E. Tyson
United States District Court
Middle District of Louisiana

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-875-RET-SCR |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered herein and the above-captioned matter shall be dismissed with prejudice.

THUS DONE AND SIGNED this _____ day of _____, 2006, at Baton Rouge, Louisiana.

_____
Chief Judge Ralph E. Tyson
United States District Court
Middle District of Louisiana