**UNITED STATES DISTRICT COURT**

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2006 JUN 14 P 2: 17

DEPUTY CLERK

**MIDDLE DISTRICT OF LOUISIANA**

LAURA ZUELKE

**DOCKET NO.: 05-875-RET-SCR**

VERSUS

**JUDGE TYSON**

THE STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS

**MAGISTRATE RIEDLINGER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Considering the above and foregoing Joint Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-

captioned matter shall be dismissed with prejudice with Defendants to bear any

outstanding costs.

THUS DONE AND SIGNED this *14th* day of *June*_____, 2006, at

Baton Rouge, Louisiana.

Chief Judge Ralph E. Tyson
United States District Court
Middle District of Louisiana