UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2006 JUN 14 P 2: 17

BY DEPUTY CLERK

| | |
|---|---|
| LAURA ZUELKE | DOCKET NO.: 05-875-RET-SCR |
| VERSUS | JUDGE TYSON |
| THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE RIEDLINGER |

*********************************************************************

### JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered herein and the above-captioned matter shall be dismissed with prejudice.

THUS DONE AND SIGNED this 14th day of June, 2006, at Baton Rouge, Louisiana.

Chief Judge Ralph E. Tyson
United States District Court
Middle District of Louisiana